1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 06-CR-00124-LRS-6 |
|---|---|
| Plaintiff, | Protective Order |
| vs. | |
| ESTABAN MENDOZA, | |
| Defendant. | |

Upon motion by the government,

IT IS ORDERED that the United States' unopposed Motion for Protective Order, ECF No. 462, is GRANTED, setting forth the following:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

Protective Order - 1
P50825JJ.SAV.Mendoza.OrderP.docx

3. Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

6. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 06-CR-00124-LRS-6;

7. The parties reserve the right to seek relief from the Protective Order should the need arise.

DATED this __28th__ day of August, 2015.

*s/Lonny R. Suko*

Lonny R. Suko
Senior United States District Judge

Protective Order - 2
P50825JJ.SAV.Mendoza.OrderP.docx